

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Roy P. Salins**
212-603-6435 tel
212-379-5213 fax
roysalins@dwt.com

October 11, 2025

<u>VIA ECF</u>

Honorable Robyn F. Tarnofsky
United States Magistrate Judge
United States District Court for the Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007

      Re:   <u>Yakubu v. Microsoft Corporation, et al.</u>, 1:25-cv-03309 (JAV) (RFT)

Dear Judge Tarnofsky:

      This firm represents defendant Microsoft Corporation ("Microsoft") in the above-referenced matter.  We write, on behalf of plaintiff and Microsoft, to respectfully request an adjournment of the initial case management conference, currently scheduled for October 20, 2025 at 11:00 a.m., to a date and time following the court-ordered mediation, which is currently scheduled for November 13, 2025.

      This is the first request for an adjournment of the initial case management conference, and plaintiff joins in this request.  The requested adjournment would extend the deadlines for conducting the Rule 26(f) conference and submitting the proposed case management plan and report on Rule 26(f) meeting.  Should the Court grant this request, plaintiff and Microsoft will conduct the Rule 26(f) conference and file the proposed case management plan and report on Rule 26(f) meeting at least seven days before the rescheduled conference, in accordance with Your Honor's Individual Rules.

      The basis for this request is that plaintiff and Microsoft are currently engaged in court-ordered mediation.  Although the mediation was initially scheduled for September 25, 2025, a conflict necessitated its rescheduling to November 13, 2025.  Plaintiff and Microsoft will file a joint status report on or before November 20, 2025 to advise the Court regarding the outcome of the mediation.  Plaintiff and Microsoft seek this adjournment to focus on the resolution process and conserve judicial and party resources.

      We appreciate the Court's consideration of this request.

Respectfully submitted,

/s/ Roy P. Salins

Roy P. Salins

cc:   Marshall Bellovin, Esq. (by ECF)
        Bingyang Zhang, Esq. (by ECF)

---

The initial case management conference is rescheduled to Monday, **November 24, 2025** at **10:30 AM.** The deadline for filing a joint proposed case management order is extended to **November 17, 2025**. Counsel for the parties are directed to call my conference line at the scheduled time by dialing (646) 453-4442, Access Code: 670 163 296#.

Dated: October 10, 2025
New York, NY

SO ORDERED

_____
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE