UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUTH YAKUBU,<br><br>　　　　　　　　Plaintiff,<br><br>-against-<br><br>MICROSOFT CORPORATION,<br><br>　　　　　　　　Defendant. | 25-CV-3309 (JAV) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A telephonic conference is scheduled for **Thursday, November 6, 2025 at 11:30 am.** Plaintiff Ruth Yakubu and Plaintiff Counsel are directed to join the conference at the scheduled time and should be prepared to discuss the Motion to Withdraw as Attorney at ECF 25.

Plaintiff Counsel shall serve a copy of the motion to withdraw and supporting affidavit [ECF 25 - 26] and this motion [ECF 27] on Plaintiff and file proof of service by November 4, 2025.

Counsel for Defendant is welcome to attend but is not ordered to. Please dial (646) 453-4442, Access Code: 384 010 417#.

DATED:　November 3, 2025　　　　　　　　　　　SO ORDERED.
　　　　　New York, NY

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**ROBYN F. TARNOFSKY**
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge