**Davis Wright Tremaine LLP**

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Michael L. Lynch**
212-402-4028 tel.

michaellynch@dwt.com

December 30, 2025

**<u>VIA ECF</u>**
Honorable Robyn F. Tarnofsky
United States Magistrate Judge
United States District Court for the Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007

   Re: *<u>Yakubu v. Microsoft Corporation, et al.</u>*, 1:25-cv-03309 (JAV) (RFT)

Dear Judge Tarnofsky:

   This firm represents defendant Microsoft Corporation ("Microsoft") in the above-referenced matter. We write, on behalf of plaintiff and Microsoft, to respectfully request an adjournment of the initial case management conference, currently scheduled for January 6, 2026 at 11:30 a.m., to a date and time following court-ordered mediation. Currently, the mediation status report deadline is February 9, 2026.

   This is the second request for an adjournment of the initial case management conference, and plaintiff joins in this request. The requested adjournment would extend the deadlines for conducting the Rule 26(f) conference and submitting the proposed case management plan and report on the Rule 26(f) meeting. Should the Court grant this request, plaintiff and Microsoft will conduct the Rule 26(f) conference and file the proposed case management plan and report on the Rule 26(f) meeting at least seven days before the rescheduled conference, in accordance with Your Honor's Individual Rules.

   The basis for this request is that plaintiff has recently retained replacement counsel and the parties have not yet engaged in court-ordered mediation. On December 10, 2025, the Southern District's Mediation Office placed the mandatory mediation process on hold, extending the mediation status report deadline to February 9, 2026 to allow plaintiff additional time to secure counsel. Plaintiff has since retained new counsel, who filed a notice of appearance in this case on December 22, 2025. Plaintiff and Microsoft now jointly seek this adjournment to prioritize the resolution process and conserve judicial and party resources.

Respectfully submitted,

*[signature]*

Michael L. Lynch

The initial case management conference scheduled for January 6, 2026 is now held on Monday, **February 23, 2026 at 10:30 AM.** Counsel for the parties are directed to call my conference line at the scheduled time. Please dial (646) 453-4442, Access Code: 302 315 710#. The proposed case management plan is due on **February 16, 2026**. The parties are further ORDERED to confer and jointly provide several dates of availability to the Mediation Office by **January 12, 2026** to hold a mediation conference by **February 9, 2026**.

The Clerk of Court is respectfully requested to grant ECF 35.

Dated: December 30, 2025
  New York, NY

SO ORDERED

*[signature]*

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE