UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUTH YAKUBU,<br><br>                   Plaintiff,<br><br>          -against-<br><br>MICROSOFT CORPORATION, et al.,<br><br>                   Defendants. | 25-CV-03309 (JAV) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The Court received an email from Plaintiff's Counsel, including an attached letter motion to withdraw as counsel and a request to cancel the mediation conference scheduled for tomorrow (attached hereto as Exhibit A). Counsel for Defendant and Plaintiff were cc'd on the email. The Court understands the letter was also filed via ECF but has not yet hit the docket.

If the letter motion is not filed on the docket by the end of day, Counsel for Plaintiff is ordered by **Friday, February 13, 2026** to file a motion on the docket asking to be relieved as counsel. However, until such motion is granted, she remains counsel of record. Further, I note that much of the work preparing for the mediation by the mediator and opposing counsel will already have been completed, and it is possible that the mediator will be able to help the parties bridge their differences without further litigation. Accordingly, **the mediation shall proceed as scheduled**. Plaintiff's counsel is ordered to provide a copy of this order to Plaintiff.

Dated:  February 11, 2026
          New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge

# EXHIBIT A

## Tarnofsky NYSD Chambers

| | |
|---|---|
| **From:** | Lindsay Goldbrum <Lindsay@goddardlawnyc.com> |
| **Sent:** | Wednesday, February 11, 2026 10:32 AM |
| **To:** | Tarnofsky NYSD Chambers |
| **Cc:** | Sydney Schenk; Heydy Rodriguez; Megan Goddard; 'roysalins@dwt.com'; 'MichaelLynch@dwt.com'; Ruth Yakubu |
| **Subject:** | 1:25-cv-03309-JAV-RFT - Yakubu v. Microsoft Corporation et al |
| **Attachments:** | Yakubu Request to Withdraw as Counsel 2.11.26.pdf |

<mark>CAUTION - EXTERNAL:</mark>

Good morning,

Please see the attached request to withdraw as counsel. I have included Ms. Yakubu to this correspondence, who has reviewed the letter and agreed to its contents. Ms. Yakubu also wishes to cancel the mediation scheduled for tomorrow.

Respectfully submitted,
Lindsay Goldbrum

*Lindsay M. Goldbrum*

**Partner**
**GODDARD LAW PLLC**



Pronouns: She/her/hers
39 Broadway, Suite 1540
New York, New York 10006
Office. 646.964-1178
Fax. 212.208.2914
Lindsay@goddardlawnyc.com
www.goddardlawnyc.com

*Click here to follow us on Instagram!*

**NOTICE OF CONFIDENTIALITY AND PRIVILEGE**
The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this in error, please contact the sender and delete the material from any computer.

<mark>**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.</mark>

1

# G O D D A R D   L A W   P L L C

39 Broadway, Suite 1540 │ New York, NY 10006

Office. 646.964.1178

Fax. 212.208.2914

Megan@goddardlawnyc.com

Lindsay@goddardlawnyc.com

WWW.GODDARDLAWNYC.COM

February 11, 2026

**VIA ECF**
Honorable Robyn F. Tarnofsky
United States Magistrate Judge
United States District Court for the Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007

   **Re: Yakubu v. Microsoft Corporation, et al., 1:25-cv-03309 (JAV) (RFT)**

Dear Judge Tarnofsky:

I write on behalf of Goddard Law PLLC and respectfully submit this letter-motion requesting leave to withdraw as counsel for Plaintiff Ruth Yakubu (the "Plaintiff") in the above-referenced matter, pursuant to the Court's Individual Rules and the applicable Local Rules governing attorney withdrawal.

Regrettably, the attorney-client relationship has deteriorated to the point that continued representation is no longer feasible. Without divulging privileged communications, counsel and Plaintiff have an irreconcilable and fundamental disagreement concerning the objectives, strategy, and scope of representation, and there has been a breakdown in communication such that counsel cannot effectively represent Plaintiff consistent with counsel's professional obligations. Plaintiff has agreed that the withdrawal of counsel is the appropriate remedy at this time. Counsel will not be placing a lien on Plaintiff's file.

In addition, the parties are presently scheduled for a mediation on Thursday, February 12, 2026. Plaintiff has expressly stated to counsel that she is not willing to engage in settlement discussions with Microsoft at this time. Accordingly, counsel respectfully requests that the mediation be cancelled or adjourned, as proceeding under these circumstances would not be productive and would unnecessarily expend the mediator's, the Court's, and the parties' resources.

Counsel recognizes the Court's interest in the orderly progress of this case and does not make this request lightly. To minimize any potential prejudice, counsel respectfully requests that the Court (i) grant leave to withdraw, and (ii) provide Plaintiff a reasonable period of time to retain substitute counsel or to advise the Court that she intends to proceed *pro se*. If the Court prefers, counsel would also request a brief stay of deadlines for 30 days solely to allow Plaintiff to obtain new counsel and ensure continuity.

Honorable Robyn F. Tarnofsky
Page 2 of 2
February 11, 2026

Plaintiff has been informed of this application and of her obligation to continue to comply with all Court orders and deadlines unless and until modified by the Court. We thank the Court for its time and attention to this matter and sincerely apologize for any inconvenience this will cause.

Respectfully submitted,

,

Lindsay Goldbrum