UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUTH YAKUBU,

                Plaintiff,

     -against-

MICROSOFT CORPORATION, et al.,

               Defendants.

25-CV-03309 (JAV) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The Court received an email from Plaintiff, including an attached letter informing the Court that she is seeking new counsel and requesting an extension of time to find new representation (attached hereto as Exhibit A). Plaintiff cc'd the Mediation Office for the United States Court for the Southern District of New York.

As stated on the docket at ECF 41, the mediation conference scheduled for Thursday, February 12, 2026 at 10:00 AM will now be held as an ex parte settlement conference with Plaintiff and Counsel for Plaintiff. At the scheduled time, Plaintiff and Counsel for Plaintiff are directed to join the conference following the instructions provided by the Courtroom Deputy.

Dated: February 11, 2026
      New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
United States Magistrate Judge

# EXHIBIT A

## Tarnofsky NYSD Chambers

| | |
|---|---|
| **From:** | Ruth Yakubu <ruyakubu@proton.me> |
| **Sent:** | Wednesday, February 11, 2026 12:37 PM |
| **To:** | Tarnofsky NYSD Chambers |
| **Cc:** | Mediation Office NYSD |
| **Subject:** | Mediation Cancellation and counsel termination request:  1:25-cv-03309-JAV-RFT - Yakubu v. Microsoft Corporation et al |
| **Attachments:** | LetterToJudge.pdf |

<mark>CAUTION - EXTERNAL:</mark>

Dear Judge Tarnofsky and Mediation team,

I was able to successfully retain GODDARD LAW PLLC. I informed my counsel that outside my case, I have experienced stalking and cyber harassment where my life has been threatened 3 times while a Microsoft employee and post-employment from the year 2022 to present. In addition, my apartment has been broken into and Microsoft related evidence has been destroyed. On all occasions, there have been security cameras present. However, the New York Police department has refused to investigate for no reason. New York internal affairs has closed my cases related to the harassment without explanation.

Your Honor, in good faith I have tried to work with my counsels t o reach a settlement and also have them investigate who is behind the stalking, tampering of evidence and threat on m y life. However, counsel has refused to investigate my safety concerns I am still experiencing.
As a result, I have decided to terminate my attorney-client relationship with GODDARD LAW PLLC.  In addition, I would like to cancel my mediation scheduled on **Thursday Feb 12, 2026**.  It does not make sense for me to agree to a monetary settlement where I continue to be stalked and harassed.

Therefore, I regrettably request for an extension for the court to grant my extension to find proper representation that both has my safety and my best interest in resolving my lawsuit against Microsoft in mind. My safety and life is more important to me at the moment and neither the police nor my current counsel is interested in helping me.

I hope you can see the challenge and predicament I am facing.

Sincerely,
Ruth Yakubu

Sent with Proton Mail secure email.

<mark>CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.</mark>

1

Ruth Yakubu
888 S. Hope St
Unit# 211
Los Angeles, CA 90017
ruyakubu@proton.me


February 10th, 2026


VIA ECF
Honorable Robyn F. Tarnofsky
United States Magistrate Judge
United States District Court for the Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007


RE:    **Yakubu v. Microsoft Corporation, et al., 1:25-cv-03309 (JAV) (RFT)**


Dear Judge Tarnofsky,

Thank you for the extension you permitted time to find a new counsel on November 3, 2025.  I was able to successfully retain GODDARD LAW PLLC.  I informed my counsel that outside my case, I have experienced stalking and cyber harassment where my life has been threatened 3 times while a Microsoft employee and post-employment from the year 2022 to present.  In addition, my apartment has been broken into and Microsoft related evidence has been destroyed.   On all occasions, there have been security cameras present.  However, the New York Police department has refused to investigate for no reason.  New York internal affairs has closed my cases related to the harassment without explanation.

Your Honor, in good faith I have tried to work with my counsels to reach a settlement and also have them investigate who is behind the stalking, tampering of evidence and threat on my life.  However, counsel has refused to investigate my safety concerns I am still experiencing.

As a result, I have decided to terminate my attorney-client relationship with GODDARD LAW PLLC.

Therefore, I regrettably request for an extension for the court to grant my extension to find proper representation that both has my safety and my best interest in resolving my lawsuit against Microsoft in mind.  My safety and life is more important to me at the moment and the police are suspiciously to help.

Sincerely,

Ruth T. Yakubu