UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUTH YAKUBU,

                    Plaintiff,

       -against-

MICROSOFT CORPORATION, et al.,

                    Defendants.

25-CV-03309 (JAV) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

I held an ex parte settlement conference with Plaintiff and her counsel on February 12, 2026. Afterwards, we went on the record and discussed the request by Plaintiff's counsel to withdraw. (*See* ECF 38, 39.) I confirmed that there is a genuine breakdown in the attorney-client relationship; that counsel does not intend to file any liens in connection with the case; that counsel will cooperate with replacement counsel if Plaintiff is able to secure replacement counsel; and that Plaintiff does not object to the withdrawal of counsel. I therefore (1) **GRANT** the application for Lindsay Michelle Goldbrum and Megan Sarah Goddard of Goddard Law PLLC to withdraw as counsel for Plaintiff; (2) **WITHDRAW** the orders requiring Plaintiff's counsel to file a formal motion to withdraw as counsel, requiring Plaintiff to respond to such motion, and scheduling a conference for February 19, 2025 (ECF 40, 41); (3) **STAY** the case until *March 12, 2026*, to permit Plaintiff time to try to find replacement counsel; and (4) **ADJOURN** the Initial Case Management Conference scheduled for February 23, 2026 until **April 1, 2026 at 2:30 PM**. Please dial (646) 453-4442, Access Code: **302 315 710#.**

If Plaintiff does not locate new counsel to file a notice of appearance by March 12, 2026, she shall, by **March 12, 2026**, file a notice of pro se appearance. The parties will be required to participate in an initial mediation conference to be held before **April 1, 2026**, irrespective of whether Plaintiff has found new counsel or is proceeding pro se.

The Clerk of Court is respectfully requested to stay this case until **March 12, 2026,** terminate conference scheduled for February 19, 2026 (ECF 43), reschedule February 23, 2026 to **April 1, 2026 at 2:30 PM** (ECF 36), and to terminate Attorneys Goldbrum and Goddard as counsel on the docket.

Dated: February 12, 2026
    New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge