

42nd Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Michael L. Lynch**
212-402-4028 tel.
michaellynch@dwt.com

March 27, 2026

**VIA ECF**
Honorable Robyn F. Tarnofsky
United States Magistrate Judge
United States District Court for the Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007

> Re:     *Yakubu v. Microsoft Corporation, et al.*, 1:25-cv-03309 (JAV) (RFT)

Dear Judge Tarnofsky:

This firm represents defendant Microsoft Corporation ("Microsoft") in the above-referenced matter. We write jointly, on behalf of plaintiff and Microsoft, to respectfully request an adjournment of the initial case management conference, currently scheduled for April 9, 2026 at 11:30 a.m., to a date and time following court-ordered mediation.

This is the third request for an adjournment of the initial case management conference, and plaintiff joins in this request. The requested adjournment would extend the deadlines for conducting the Rule 26(f) conference and submitting the proposed case management plan and report on the Rule 26(f) meeting. Should the Court grant this request, plaintiff and Microsoft will conduct the Rule 26(f) conference and file the proposed case management plan and report on the Rule 26(f) meeting in accordance with Your Honor's Individual Rules.

The basis for this request is that plaintiff recently retained new counsel, who filed notices of appearance on March 16, 2026, and the parties have not yet participated in the Court-ordered mediation. The parties request a mediation date between April 25 and May 15, 2026.

Counsel for the parties met by video conference on March 25, 2026, discussed potential for early resolution, and agreed that making this request was appropriate to prioritize the resolution process and conserve judicial and party resources.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

*[signature]*

Michael L. Lynch

cc: all counsel of record via ECF

The stay in this case is lifted. The parties' request for the ICMC to be rescheduled (ECF 52) is GRANTED.

The ICMC scheduled for April 10, 2026 will now be held on **May 26, 2026** at **2 PM**. The PCMO is due by **May 18, 2026**. Counsel for the parties are directed to call my conference line at the scheduled time by dialing (646) 453-4442, Access Code: 302 315 710#.

A separate mediation order will be issued.

The Clerk of Court is requested to terminate ECF 52 and lift the stay on this case.

Dated: March 27, 2026
New York, NY

SO ORDERED

*[signature]*

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE