**Davis Wright Tremaine** LLP

42nd Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Michael L. Lynch**
212-402-4028 tel.

michaellynch@dwt.com

May 18, 2026

**VIA ECF**
Honorable Robyn F. Tarnofsky
United States Magistrate Judge
United States District Court for the Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007

Application **GRANTED**. The initial case management conference scheduled for May 26, 2026 will now be held on **Tuesday June 30, 2026 at 10:30 AM**. The Proposed Case Management Order is due by June 23, 2026. Counsel for the parties are directed to call my conference line at the scheduled time by dialing **(646) 453-4442**, Access Code: **544 686 927#**.

The Clerk of Court is respectfully requested to terminate ECF 57.

Dated: May 18, 2026
New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

Re:  *Yakubu v. Microsoft Corporation, et al.*, 1:25-cv-03309 (JAV) (RFT)

Dear Judge Tarnofsky:

This firm represents defendant Microsoft Corporation ("Microsoft") in the above-referenced matter. We write jointly, on behalf of plaintiff and Microsoft, to respectfully request an adjournment of the initial case management conference, currently scheduled for May 26, 2026 at 11:00 a.m., to a date and time following court-ordered mediation, now scheduled for June 25, 2026.

This is the fourth request for an adjournment of the initial case management conference, and plaintiff joins in this request. The requested adjournment would extend the deadlines for conducting the Rule 26(f) conference and submitting the proposed case management plan and report on the Rule 26(f) meeting. Should the Court grant this request, plaintiff and Microsoft will conduct the Rule 26(f) conference and file the proposed case management plan and report on the Rule 26(f) meeting in accordance with Your Honor's Individual Rules.

The basis for this request is that the parties have not yet participated in the Court-ordered mediation. The parties were previously scheduled to participate in Court-ordered mediation on May 1, 2026, but had to reschedule because plaintiff's counsel had a family emergency medical issue to attend to. The parties are now scheduled to participate in Court-ordered mediation on June 25, 2026.

Counsel for the parties conferred and agree that making this request is appropriate to prioritize the resolution process and conserve judicial and party resources.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

/s/ *Michael L. Lynch*

Michael L. Lynch