UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUTH YAKUBU, | 25-CV-03309 (JAV) (RFT) |
| Plaintiff, | |
| -against- | **ORDER** |
| MICROSOFT CORPORATION, et al., | |
| Defendants. | |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On May 18, 2026, I ordered the parties to submit their proposed case management plan to the court by June 23, 2026. (*See* ECF 58.) The parties have not complied.

Accordingly, I am sua sponte extending the deadline for the parties to submit their proposed case management plan nunc pro tunc until **June 26, 2026.**

Dated: June 24, 2026
    New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge