UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUTH YAKUBU,

                Plaintiff,

      -against-

MICROSOFT CORPORATION, et al.,

                Defendants.

25-CV-03309 (JAV) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The Court received an email from Plaintiff including an attached letter informing the Court of a breakdown in the attorney-client relationship between Plaintiff and her counsel and requests for a postponement of mediation and an extension to find new representation (attached hereto as Exhibit A). The Mediation Office for the SDNY was cc'd on the email. The Court understands the letter was also filed via ECF but has not yet hit the docket. Plaintiff is reminded that communications with the Court should be by letter filed on ECF.

Jodre Brenecki LLP remains counsel of record until the firm moves to withdraw and such motion is granted by the Court.

Additionally, whether Jodre Brenecki LLP remains Plaintiff's counsel or whether Plaintiff will be proceeding pro se until such time that she may find new counsel, the deadline for submission of a proposed case management order remains **June 26, 2026**, and the initial case management conference shall be held on **June 30, 2026**. On May 18, 2026, I granted the fourth request for an adjournment of the initial case management conference, (ECF 58), and I do not intend to grant any further adjournments of the initial case management conference. While I am sympathetic to Plaintiff's concerns about proceeding pro se, this case was filed over a year ago, yet virtually no progress has been made; Jodre Brenecki LLP is Plaintiff's third set of lawyers, and Plaintiff's prosecution of this case cannot be postponed indefinitely while Plaintiff continues to look for new counsel.

To reiterate, the extended deadline for the proposed case management order remains **June 26, 2026**, and the initial case management conference will be held on **June 30, 2026**. Plaintiff is reminded that failure to prosecute her case as required by orders of the Court may lead to a recommendation that the case be dismissed for failure to prosecute, without prejudice to refiling at a later date.

Dated:  June 25, 2026
       New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
United States Magistrate Judge