UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUTH YAKUBU,<br><br>                    Plaintiff,<br><br>     -against-<br><br>MICROSOFT CORPORATION, et al.,<br><br>                    Defendants. | 25-CV-03309 (JAV) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On June 26, 2026, Plaintiff sent an email to her attorney, Nicole Brenecki, and my chambers, informing Ms. Brenecki that Plaintiff was terminating the attorney-client relationship between Plaintiff and Jodre Brenecki LLP and attaching a letter to the same effect (attached hereto as Exhibit A). Plaintiff is reminded that she should not copy my chambers on communications between Plaintiff and her attorney, and that absent urgent circumstances, all communications with the Court should be filed on the docket rather than emailed to chambers.

Dated: June 26, 2026
       New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge