UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ruth Yakubu,

Plaintiff,

-against-

Microsoft Corporation,

Defendant.

25-CV-03309 (JAV) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A telephonic conference is scheduled for **Tuesday, August 25, 2026 at 2:00 PM.** The parties should be prepared to discuss the status of the case. The parties are directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 856 780 369#.

DATED: July 31, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge