UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUTH YAKUBU,

Plaintiff,

-against-

MICROSOFT CORPORATION, et al.,

Defendant.

25-CV-03309 (JAV) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The Court received emails from Plaintiff indicating that she did not receive the Court's Order entered on July 31, 2026 (ECF 72), scheduling a telephonic conference for August 25, 2026 (attached hereto as Exhibit A). Accordingly, this action is scheduled for a status conference on **August 28, 2026 at 3:00 PM**. The parties should be prepared to discuss the status of the case. The parties are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 248 093 10#.**

To ensure that Plaintiff receives the conference details, the Court will send this Order to Plaintiff electronically by email. To receive future filings electronically, Plaintiff may file (1) a Consent to Electronic Service to receive notification by email of all filings in this action, available at https://nysd.uscourts.gov/sites/default/files/2021-03/Consent_Pro-Se_Eservice-form.pdf. Instructions for this electronic service option are available at https://nysd.uscourts.gov/sites/default/files/2021-03/Consent_Pro-Se_Eservice-Instructions.pdf; and (2) a Motion for Permission for Electronic Case Filing to file documents electronically, available at https://nysd.uscourts.gov/sites/default/files/2019-04/2012-prosemotionecffiling-final.pdf. Additionally, Plaintiff is directed to file a Notice of Pro Se

Appearance and provide all contact information in this Notice, available at

https://nysd.uscourts.gov/forms/notice-appearance.

DATED: August 26, 2026
New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE